IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN FRY, | ) | CASE NO.: 1:17-CV-02682 |
| Plaintiff, | ) ) ) | JUDGE: PATRICIA GAUGHAN |
| v. | ) ) ) | **NOTICE OF SETTLEMENT AND STIPULATED DISMISSAL** |
| ADVANCED DISTRIBUTION, et al., | ) ) | |
| Defendants | ) | |

SO ORDERED.
/s/Patricia A. Gaughan
5/15/18

Now come the Parties, by and through the undersigned, and provide notice to the Court that the Parties have reached a settlement in this matter and, pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal of this action, with prejudice. Each party is to bear its own costs.

Respectfully Submitted,

_/s/ Claire I. Wade-Kilts_
Claire I. Wade-Kilts (0093174)
Sobel, Wade & Mapley, LLC
2460 Fairmount Boulevard
Suite 314
Cleveland, Ohio 44106
T: (216) 223-7213
F: (216) 223-7213
wade@swmlawfirm.com
*Attorney for Plaintiff Brian Fry*

/s/ *Sara H. Jodka*
*(via email consent 5/15/18)*
Sara H. Jodka (#0076289)
Dickinson Wright PLCC
150 East Gay Street, Suite 2400
Columbus, Ohio 43215
Phone: 614-744-2943 | Fax: 248-433-7274
Email: sjodka@dickinsonwright.com

*Attorney for Defendants*